MARTHA A. McMULLIN et ux., complainants and respondents,

· *v.*

SARAH N. DOUGHTY, defendant and appellant.

[Filed June 23d, 1902.]

*Mr. Herbert A. Drake,* for the appellant.

*Mr. David J. Pancoast,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey delivered in the court below. See *17 Dick. Ch. Rep. 252.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, HENDRICKSON, PITNEY, BOGERT, KRUEGER, ADAMS, VREDENBURGH, VROOM—13.

*For reversal*—None.